UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATE BOOKER, ALBERT JOHNSON and KELVIN DUBOSE, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>GLOTEL, INC.; and DOES 1 through 500,<br><br>Defendants. | Case No. C 05 4795 CW<br><br>**ORDER GRANTING AS MODIFIED STIPULATION REGARDING PRESERVATION OF RIGHT TO FILE MOTION TO COMPEL ARBITRATION**<br><br>Judge: Honorable Claudia Wilken<br>Courtroom No.:   2 |

WHEREAS, certain putative class members involved in the above-referenced matter signed agreements with defendant Glotel, Inc. ("Glotel"), which contain arbitration provisions;

WHEREAS, the parties are in the process of determining which putative class members signed such agreements;

WHEREAS, the parties will engage in discovery and mediation in an effort to resolve the matter;

WHEREAS, Glotel may file a motion to compel certain putative class members to arbitrate their claims or some other appropriate motion to enforce the arbitration agreements;

WHEREAS, plaintiffs have agreed, through their counsel, that Glotel has not waived, and will not waive, its right to seek to compel certain putative class members to arbitrate their claims,

or to otherwise seek to enforce said arbitration agreements, by virtue of the Glotel's filing of an Answer or the parties' past or continuing discovery exchanges and/or based on any purported waiver, delay or tardiness;

WHEREAS, plaintiffs have agreed, through their counsel, that they will not oppose Glotel's motion to compel certain putative class members to arbitrate their claims or some other appropriate motion to enforce the arbitration agreements, if filed, on the ground that defendant has waived its right to file such a motion based on its filing of an Answer, its participation in discovery, or any contention of delay or tardiness; and

IT IS HEREBY STIPULATED:

1. Glotel may file any motion to compel certain putative class members to arbitrate their claims, or some other appropriate motion to enforce the arbitration agreements, on any date up to and including the date that it files its opposition to plaintiffs' anticipated motion for class certification.

2. Plaintiffs will not oppose any such motion by Glotel to compel certain putative class members to arbitrate their claims or some other appropriate motion to enforce the arbitration agreements on the ground that defendant has waived its right to file such a motion based on Glotel's filing of an Answer, its participation in discovery, or any contention of delay or tardiness.

3. In the event that the Court rejects this stipulation and declines to sign the order below, the parties agree that Glotel may file its anticipated motion to compel certain putative class members to arbitrate their claims, or some other appropriate motion to enforce the arbitration agreements, within thirty (30) court days of notice to defense counsel of such rejection.

IT IS SO STIPULATED.

DATED: May ___, 2006      LUCE, FORWARD, HAMILTON & SCRIPPS LLP

By: _____
DENIS F. SHANAGHER
PHILLIP L. KOSSY
LISA K. WIDDECKE
Attorneys for Defendant Glotel, Inc.

DATED: May ___, 2006        LAW OFFICES OF JARED E. PETERSON
                            FLYNN, DELICH & WISE LLP


                            By: _____
                                JAMES B. NEBEL
                                Attorneys for Plaintiffs, Nate Booker, Albert Johnson
                                and Kelvin Dubose

## ORDER

Upon the above stipulation,

1.   Defendant Glotel, Inc. may file its anticipated motion to compel certain putative class members to arbitrate their claims, or some other appropriate motion to enforce the arbitration agreements, on the date that it files its opposition to plaintiffs' anticipated motion for class certification; **the brief on the motion shall be included in its opposition.  Plaintiffs' opposition shall be included in their reply.  The reply to Defendant's motion shall be filed one week later.  The motions will be decided on the papers unless the Court sets them for hearing.**

2.   Plaintiffs shall not oppose Glotel's anticipated motion to compel certain putative class members to arbitrate their claims or some other appropriate motion to enforce the arbitration agreements on the ground that defendant has waived its right to file such a motion based on Glotel's filing of an Answer, its participation in discovery, or any contention of delay or tardiness.

IT IS SO ORDERED.

5/12/06                                  /s/ CLAUDIA WILKEN
Dated: _____        _____
                                  Judge of the United States District Court

199227.1