Jared E. Peterson (State Bar No. 49700)
LAW OFFICES OF JARED E. PETERSON
2017 Lincoln Street
Berkeley, California 94709
Telephone:  (510) 841-4462
Facsimile:  (510) 841-4464

James B. Nebel (State Bar No. 69626)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone:  (415) 693-5566
Facsimile:  (415) 693-0410

Attorneys for Plaintiffs,
NATE BOOKER, ALBERT JOHNSON and KELVIN DUBOSE

Denis F. Shanagher (State Bar No. 100222)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone:  (415) 356-4600
Facsimile:  (415) 356-4610

Attorneys for Defendant,
GLOTEL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATE BOOKER, ALBERT JOHNSON and KELVIN DUBOSE, on behalf of themselves and those similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>GLOTEL, INC.; et al.,<br><br>        Defendants. | Case No.:  C 05 4795 CW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER VACATING DEADLINES FOR HEARING CLASS CERTIFICATION MOTION AND FOR MEDIATION** AS MODIFIED<br><br>**CLASS ACTION**<br><br>Honorable Claudia Wilken<br>Courtroom No. 2 |

STIPULATION AND [PROPOSED] ORDER VACATING CLASS CERTIFICATION AND MEDIATION DATES
*Booker, et al. v. Glotel, et al.; Case No. C 05 4795 CW*

1

1       The parties, through their respective counsel, hereby
2  stipulate that the October 27, 2006 deadlines for hearing the
3  motion for class certification and for completing the mediation
4  of this action, with this Court's approval, shall be vacated and
5  rescheduled to a date ninety (90) days after defendant Glotel
6  Inc. ("Glotel") has fully responded to plaintiffs' first set of
7  requests for production of documents and first set of
8  interrogatories.
9       This stipulation is necessitated by the following
10 circumstances:  Plaintiffs' above-referenced discovery requests
11 were served on March 28, 2006, and Glotel served partial
12 responses to such discovery by mail on May 12, 2006.  Because of
13 a major office move and insufficient staff support, Glotel was
14 not able actually to produce any documents until July 27, 2006.
15 Further, for the reasons noted above, Glotel has not as yet
16 produced all responsive documents or provided complete
17 interrogatory responses, and is still attempting to locate,
18 review and produce the remaining responsive documents and to
19 assemble the information required to fully respond to plaintiffs'
20 interrogatories.
21      In light of the discovery delays briefly summarized herein,
22 it has not been possible for plaintiffs thus far to prepare the
23 necessary damages analysis for mediation or to develop the
24 necessary information for class certification.  The parties
25 anticipate that they will be able to reset the referenced
26 deadlines by the time of the regularly scheduled Case Management
27 Conference set for October 27, 2006.
28 ///

**LAW OFFICES OF**
**JARED E. PETERSON**
2017 LINCOLN STREET
BERKELEY, CA 94709
(510) 841-4462

2

STIPULATION AND [PROPOSED] ORDER VACATING CLASS CERTIFICATION AND MEDIATION DATES
*Booker, et al. v. Glotel, et al.; Case No. C 05 4795 CW*

```
Dated:  August 10, 2006          LAW OFFICES OF JARED E. PETERSON
                                 FLYNN, DELICH & WISE LLP


                                 By_____/S/_____
                                    James B. Nebel
                                 Attorneys for Plaintiffs,
                                 NATE BOOKER, ALBERT JOHNSON
                                 and KELVIN DUBOSE


Dated:  August 11, 2006          LUCE, FORWARD, HAMILTON
                                 & SCRIPPS LLP


                                 By_____/S/_____
                                    Denis F. Shanagher
                                 Attorneys for Defendant,
                                 GLOTEL, INC.
```

**ORDER**

1.  The deadline for hearing the motion for class certification, set for October 27, 2006, is hereby vacated, and is rescheduled for December 1, 2006, at 10:00 a.m.  The Case Management Conf. is ~~also continued to December~~ber 1, 2006.

2.  The deadline for mediating this action by October 27, 2006 is hereby vacated, and is rescheduled for __December 1, 2006__.

IT IS SO ORDERED.

Dated: ___8/22/06_____

_____
Judge of the U.S. District Court

LAW OFFICES OF JARED E. PETERSON
2017 LINCOLN STREET
BERKELEY, CA 94709
(510) 841-4462

STIPULATION AND [PROPOSED] ORDER VACATING CLASS CERTIFICATION AND MEDIATION DATES
*Booker, et al. v. Glotel, et al.; Case No. C 05 4795 CW*

3