Jared E. Peterson (State Bar No. 49700)
LAW OFFICES OF JARED E. PETERSON
2017 Lincoln Street
Berkeley, California 94709
Telephone:  (510) 841-4462
Facsimile:  (510) 841-4464

James B. Nebel (State Bar No. 69626)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California 94111
Telephone:  (415) 693-5566
Facsimile:  (415) 693-0410

Attorneys for Plaintiffs,
NATE BOOKER, ALBERT JOHNSON and KELVIN DUBOSE

Denis F. Shanagher (State Bar No. 100222)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
121 Spear Street, Suite 200
San Francisco, California 94105
Telephone:  (415) 356-4600
Facsimile:  (415) 356-4610

Attorneys for Defendant,
GLOTEL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NATE BOOKER, ALBERT JOHNSON and KELVIN DUBOSE, on behalf of themselves and those similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　vs.<br><br>GLOTEL, INC.; et al.,<br><br>　　　　Defendants. | Case No.:  C 05 4795 CW<br><br>**AMENDED STIPULATION AND ORDER FURTHER CONTINUING DEADLINES FOR HEARING CLASS CERTIFICATION MOTION AND FOR MEDIATION**<br><br>**CLASS ACTION**<br><br>Honorable Claudia Wilken<br>Courtroom No. 2 |

1

STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING DEADLINES FOR CLASS
CERTIFICATION HEARING AND MEDIATION
*Booker, et al. v. Glotel, et al.; Case No. C 05 4795 CW*

1    The parties, through their respective counsel, hereby
2 stipulate, subject to the Court's approval, that the December 1,
3 2006 deadlines for hearing the motion for class certification and
4 for completion of mediation of this action shall be continued and
5 rescheduled.  The motion shall now be timely filed for hearing to
6 be held on April 20, 2007 at 10:00 a.m.  The parties shall also
7 schedule private mediation to be completed before that date.  The
8 basis for the continuance and re-scheduling is as follows:
9    1.   This is the second request that the parties have made
10 to continue the deadlines for hearing of the class certification
11 motion and for mediation.  On August 15, 2006, the parties
12 submitted a stipulation that attempted to vacate the deadlines to
13 be re-set 90 days after defendant Glotel, Inc. ("Glotel")
14 completed its document production and responded to plaintiffs'
15 interrogatories.  The Court granted a continuance but on modified
16 terms, rescheduling the motion date and mediation deadline and
17 also continuing a Case Management Conference, setting each for
18 December 1, 2006.
19    2.   The parties are cooperating in conducting discovery in
20 this matter and both sides are eager to place the case in a
21 position to conduct a meaningful mediation session as early as
22 possible.  Despite some progress, the difficulties that motivated
23 the parties to seek a continuance of more than 90 days in August,
24 2006, remain and, in the view of counsel for both parties,
25 necessitate the further continuance that the parties now seek.
26 (The paragraphs that follow are set forth from the plaintiffs'
27 perspective.  Glotel agrees that a continuance is necessary, but
28 does not necessarily concur with each factor that the plaintiffs

2

STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING DEADLINES FOR CLASS
CERTIFICATION HEARING AND MEDIATION
*Booker, et al. v. Glotel, et al.; Case No. C 05 4795 CW*

LAW OFFICES OF JARED E. PETERSON
2017 LINCOLN STREET
BERKELEY, CA 94709
(510) 841-4462

1  set forth in the manner in which they have set forth those
2  factors).
3      3.  Since the parties last approached the Court, Glotel has
4  produced additional documents.  In addition, plaintiffs noticed
5  the deposition of Glotel, pursuant to Rule 30(b)(6) of the
6  Federal Rules of Civil Procedure.  The notice of the deposition
7  sought the designation of a witness or witnesses on 17 subjects.
8  Typical of the description of the subject areas is the following:

> … Glotel's compensation policies and guidelines regarding the payment of overtime wages, to workers such as plaintiffs, who worked for Glotel or its clients or customers "in the telecommunications industry" from November 29, 2001 to the present;…

In response to the notice, on September 27, 2006, Glotel produced for deposition Daniel Ceko, its current Director of Administration.  Mr. Ceko has been employed by Glotel since January, 2005.  During the deposition, among other things, Mr. Ceko: 1) confirmed that Glotel had relocated its headquarters from Boston to Chicago in April, 2005, and that pertinent employment and personnel records prior to the time of the relocation were in storage somewhere in Boston; 2) related that the while they have located and produced earning statement summaries that pre-dated the relocation, Glotel has not been able to locate time cards for periods prior to 2005; 3) testified that while he is now the person responsible within Glotel for managing the company's compensation policies, he does not know who had that responsibility within the company prior to 2005; and 4) confirmed that Glotel's current manager of Human Resources had only been with the company since sometime in 2004.

3

STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING DEADLINES FOR CLASS CERTIFICATION HEARING AND MEDIATION
*Booker, et al. v. Glotel, et al.; Case No. C 05 4795 CW*

1    4.   The plaintiffs submit that difficulty on the part of
2 Glotel in locating documents prior to 2005, the relocation of the
3 companies headquarters and the fact that personnel who may have
4 information relating to the company's compensation policies prior
5 to 2005 are no longer with the company has made it difficult to
6 compile information that will bear directly on the issues
7 encompassed by the class certification motion.  Counsel for
8 plaintiffs will continue to press for the documents and
9 information that apparently exist but which have been difficult
10 to locate.  At the same time, counsel intends to contact and
11 interview additional absent class members to obtain some of this
12 information.  That process will require additional time.
     For these reasons, the parties request the Court to approve
14 this Stipulation and continue the hearing date for a class
15 ////
16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28

LAW OFFICES OF
JARED E. PETERSON
2017 LINCOLN STREET
BERKELEY, CA 94709
(510) 841-4462

STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING DEADLINES FOR CLASS CERTIFICATION HEARING AND MEDIATION
*Booker, et al. v. Glotel, et al.; Case No. C 05 4795 CW*

1  certification motion and for a Case Management Conference to
2  April 20, 2007 at 10:00 a.m., and to direct the parties to
3  complete mediation by that same date.

5  Dated:  October 25, 2006         LAW OFFICES OF JARED E. PETERSON
                                    FLYNN, DELICH & WISE LLP

7                                   By_____/S/_____
                                       James B. Nebel
8                                   Attorneys for Plaintiffs,
                                    NATE BOOKER, ALBERT JOHNSON
9                                   and KELVIN DUBOSE

10 Dated:  October 25, 2006         LUCE, FORWARD, HAMILTON
11                                  & SCRIPPS LLP

12                                  By_____/S/_____
                                       Denis F. Shanagher
13                                  Attorneys for Defendant,
14                                  GLOTEL, INC.

### ORDER

1.  The deadline for hearing the motion for class certification, set for December 1 2006, at 10:00 a.m., and the Case Management Conference set for that same date and time are is hereby continued and rescheduled for April 20, 2007 at 10:00 a.m.

2.  The deadline for mediating this action is extended to April 20, 2007.

**IT IS SO ORDERED.**

Dated:  October 26, 2006



_____
United States District Court Judge

STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING DEADLINES FOR CLASS CERTIFICATION HEARING AND MEDIATION
*Booker, et al. v. Glotel, et al.; Case No. C 05 4795 CW*

5

**LAW OFFICES OF JARED E. PETERSON**
2017 LINCOLN STREET
BERKELEY, CA 94709
(510) 841-4462