

1 Jared E. Peterson (State Bar No. 49700)
LAW OFFICES OF JARED E. PETERSON
2 2017 Lincoln Street
Berkeley, California 94709
3 Telephone: (510) 841-4462
Facsimile: (510) 841-4464
4

5 James B. Nebel (State Bar No. 69626)
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
6 San Francisco, California 94111
Telephone: (415) 693-5566
7 Facsimile: (415) 693-0410

8 Attorneys for Plaintiffs,
NATE BOOKER, ALBERT JOHNSON and KELVIN DUBOSE
9

10 Denis F. Shanagher (State Bar No. 100222)
LUCE, FORWARD, HAMILTON & SCRIPPS LLP
11 121 Spear Street, Suite 200
San Francisco, California 94105
12 Telephone: (415) 356-4600
Facsimile: (415) 356-4610
13

14 Attorneys for Defendant,
GLOTEL, INC.

15

16

UNITED STATES DISTRICT COURT

17

NORTHERN DISTRICT OF CALIFORNIA

18

OAKLAND DIVISION

19

20

21 NATE BOOKER, ALBERT JOHNSON and ) Case No.:    C 05 4795 CW
KELVIN DUBOSE, on behalf of themselves )
22 and those similarly situated, ) **STIPULATION AND ORDER FURTHER**
) **CONTINUING DEADLINE FOR**
23 Plaintiffs, ) **HEARING CLASS CERTIFICATION**
) **MOTION  AS MODIFIED**
24 vs. )
) **CLASS ACTION**
25 GLOTEL, INC.; et al., )
) Honorable Claudia Wilken
26 Defendants. )
_____ )
27

28

STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING DEADLINE FOR CLASS
CERTIFICATION HEARING

1

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

1    The parties, through their respective counsel, hereby stipulate, subject to the approval of

2  the Court, that the April 20, 2007, deadline for hearing of plaintiffs' anticipated motion for class

3  certification should be continued and rescheduled.  The parties propose that the motion be timely

4  filed for hearing to be held on June 8, 2007 at 10:00 a.m.  The basis for the continuance and re-

5  scheduling is as follows:

6    1.    This is the third request that the parties have made to continue the deadline for

7  hearing of the class certification motion.  On August 15, 2006, the parties submitted a stipulation

8  that requested that Court vacate the deadline (as well as the deadline to complete mediation) to be

9  re-set 90 days after defendant Glotel, Inc. ("Glotel") completed its document production and

10 responded to plaintiffs' interrogatories.  The Court granted a continuance but on modified terms,

11 rescheduling the motion date and mediation deadline and also continuing a Case Management

12 Conference, setting each for December 1, 2006.

13    2.    Despite the parties' cooperative approach to discovery, they were unable to make

14 sufficient progress for the plaintiffs to be in a position to file a motion for class certification to be

15 heard by December 1, 2006.  As a consequence, on October 24, 2006, the parties submitted a

16 further stipulation to continue the hearing date for a motion for class certification to April 20,

17 2007, and to set the deadline to conduct mediation for that same date.  (A trial date has not yet

18 been set).

19    3.    On January 24, 2007, the parties conducted a day-long mediation session before

20 Mark S. Rudy of Rudy, Exelrod & Zieff, L.L.P.  Mr. Rudy is a very experienced and extremely

21 well-respected mediator in employment class action matters.  At the end of the session, Mr. Rudy

22 gave the parties a "mediator's proposal" for settlement.  He set a deadline of February 22, 2007,

23 for the parties to approve or reject the proposal.  To be approved by Glotel, Inc., the proposal

24 requires consideration at the Board level of the U.S. entity headquartered in Chicago and approval

25 by the parent company in the United Kingdom.  In addition, it became apparent at the session that

26 the parties needed to do additional work in defining the scope of the putative class.  Both the

27 consideration of the settlement proposal and the further definition of the class have taken longer

28

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566

STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING DEADLINE FOR CLASS
CERTIFICATION HEARING

1  than originally anticipated.  As a consequence, Mr. Rudy has extended the deadline for approval or

2  rejection until March 12, 2007.

3  3.      In the event that the case is not resolved on or before March 12, 2007, plaintiffs will need

4  additional time to prepare their motion for class certification.  Continuing the hearing on the

5  motion until June 8, 2007, provides the plaintiffs adequate time to prepare the motion.

6         For these reasons, the parties request the Court to approve this Stipulation and continue the

7  hearing date for a class certification motion and for a Case Management Conference to June 8,

8  2007 at 10:00 a.m.

9

10  Dated:  March 6, 2007            LAW OFFICES OF JARED E. PETERSON
                                          FLYNN, DELICH & WISE LLP

11

12                                    By_____/S/_____
                                        James B. Nebel
13                                    Attorneys for Plaintiffs,
                                      NATE BOOKER, ALBERT JOHNSON
14                                    and KELVIN DUBOSE

15

16  Dated:  March __, 2007           LUCE, FORWARD, HAMILTON
                                          & SCRIPPS LLP
17

18                                    By_____/S/_____
                                        Denis F. Shanagher
19                                    Attorneys for Defendant,
                                      GLOTEL, INC.
20

21

22                                    **ORDER**

23         The deadline for hearing plaintiffs' anticipated motion for class certification, set for April

24  20, 2007, at 10:00 a.m., and the Case Management Conference set for that same date and time are

25  hereby continued and rescheduled for **Thursday, June 7, 2007 at 2:00 p.m.**

   Dated:  March 13, 2007

26

27

                                      _____
28                                    United States District Court Judge

_____
STIPULATION AND [PROPOSED] ORDER FURTHER CONTINUING DEADLINE FOR CLASS
CERTIFICATION HEARING

3

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
ONE CALIFORNIA STREET, SUITE 350
SAN FRANCISCO, CALIFORNIA 94111
(415) 693-5566