1  Jared E. Peterson (State Bar No. 49700)
   LAW OFFICES OF JARED E. PETERSON
2  2017 Lincoln Street
   Berkeley, California 94709
3  Telephone:  (510) 841-4462
   Facsimile:  (510) 841-4464
4
5  James B. Nebel (State Bar No. 69626)
   FLYNN, DELICH & WISE LLP
   One California Street, Suite 350
6  San Francisco, California 94111
   Telephone:  (415) 693-5566
7  Facsimile:  (415) 693-0410

8  Attorneys for Plaintiffs
   NATE BOOKER, ALBERT JOHNSON and KELVIN DUBOSE
9

10 Denis F. Shanagher (State Bar No. 100222)
   LUCE, FORWARD, HAMILTON & SCRIPPS LLP
11 121 Spear Street, Suite 200
   San Francisco, California 94105
12 Telephone:  (415) 356-4600
   Facsimile:  (415) 356-4610
13
14 Attorneys for Defendant,
   GLOTEL, INC.

15               UNITED STATES DISTRICT COURT

16               NORTHERN DISTRICT OF CALIFORNIA

17                      OAKLAND DIVISION

| NATE BOOKER, ALBERT JOHNSON and KELVIN DUBOSE, on behalf of themselves and those similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>GLOTEL, INC.; et al.,<br><br>Defendants. | Case No.:     C 05 4795 CW<br><br>**STIPULATION AND ORDER TO SHORTEN TIME FOR HEARING ON MOTION FOR ORDER (1) PROVISIONALLY CERTIFYING A COLLECTIVE ACTION AND SETTLEMENT CLASS, (2) PRELIMINARILY APPROVING CLASS AND COLLECTIVE ACTION SETTLEMENT, (3) DIRECTING DISTRIBUTION OF NOTICE OF THE SETTLEMENT, AND (4) SETTING A HEARING FOR FINAL APPROVAL**<br><br>Date:  July 26, 2007<br>Time:  2:00 p.m.<br>Place: Courtroom 2<br>Judge: Hon. Claudia Wilken |
|---|---|

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON MOTION FOR
PRELIMINARY APPROVAL

1

The parties, through their respective counsel, hereby stipulate, subject to the approval of the Court, that the hearing on the Motion for an Order (1) Provisionally Certifying a Collective Action and Settlement Class; (2) Preliminarily Approving Class and Collective Action Settlement; (3) Directing Distribution of Notice of Settlement; and (4) Setting a Hearing for Final Approval, may be heard on shortened time on July 26, 2007.  The Motion is unopposed and the moving papers will be filed on July 19, 2007.

Dated:  July 19, 2007                    LAW OFFICES OF JARED E. PETERSON
                                         FLYNN, DELICH & WISE LLP


                                         By_____/S/_____
                                            James B. Nebel
                                         Attorneys for Plaintiffs,
                                         NATE BOOKER, ALBERT JOHNSON
                                         and KELVIN DUBOSE


Dated:  July 19, 2007                    LUCE, FORWARD, HAMILTON
                                         & SCRIPPS LLP


                                         By_____/S/_____
                                            Denis F. Shanagher
                                         Attorneys for Defendant,
                                         GLOTEL, INC.


### ORDER

The hearing on the Motion for an Order (1) Provisionally Certifying a Collective Action and Settlement Class; (2) Preliminarily Approving Class and Collective Action Settlement; (3) Directing Distribution of Notice of Settlement; and (4) Setting a Hearing for Final Approval shall be heard on July 26, 2007 at 2:00 p.m. in this Court.

Dated:  July  24__, 2007

_____
United States District Court Judge

---

STIPULATION AND [PROPOSED] ORDER TO SHORTEN TIME FOR HEARING ON MOTION FOR PRELIMINARY APPROVAL